FIDELITY & DEPOSIT COMPANY OF MARYLAND, A CORPORATION, *Plaintiff in Error,* v. S. B. AULTMAN, *Defendant in Error.*

A single motion to vacate a judgment by default and to allow the filing of pleas tendered with the motion, is properly denied when no showing is made for vacating the default judgment, especially where the pleas that are tendered are defective.

This case was decided by Division A.

*J. J. Lunsford* and *H. P. Baya,* for petition.

### On Rehearing.

Per Curiam.—The court did not overlook any of the contentions of the plaintiff in error. A single motion to vacate a judgment by default and to allow the filing of pleas tendered with the motion was denied by the trial court; and as no showing was made for vacating the default judgment the denial of the motion was proper, especially where the pleas are defective. See Garlington v. Priest, 13 Fla., 559; Benedict v. W. T. Hadlow, 52 Fla., 188, 42 South. Rep., 239, Hocker v. Forrester, 53 Fla. 392, 43 South. Rep., 241.

A rehearing is denied.

Whitfield, C. J., and Shackleford and Cockrell, J. J. concur;

Taylor, Hocker and Parkhill, J. J., concur in the opinion.